## STATE v. WILLIAM TAYLOR.

### *Murder—Affirmation of Judgment.*

Where there is no statement assigning error on a trial for murder, and none is to be found in the record, the judgment below will be affirmed. (*State* v. *Orrell*, Busb., 217; *State* v. *Spurtin*, 80 N. C., 362; *Sta* ; *Gallimore*, 7 Ired., 147, cited and approved.)

INDICTMENT for murder, tried at Spring Term, 1881, of BURKE Superior Court, before *McKoy, J.*

The jury found the prisoner guilty of the charge, and from the judgment pronounced he appealed to this court, where the state moved to affirm the judgment below, upon the ground that no error is assigned.

*Attorney General,* for the State.
No counsel for prisoner.

ASHE, J. There is no statement of the case, in the nature of a bill of exceptions, and upon a careful examination of the record, we find no errors. It is the long established practice of this court, where no bill of exceptions accompanies the transcript and no error 's to be found in the record, to affirm the judgment of the court below. *State* v. *Orrell,* Busb., 217; *State* v. *Spurtin,* 80 N. C., 362; *State* v.

*Gallimore*, 7 Ired., 147. There is no error. Let this be certified to the superior court of Burke county that that court may proceed with the case in conformity to this opinion and the law of the state.

No error.                              Affirmed.